# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>STEVEN G. DAVIS<br>DOB: xx/xx/xxxx - PDID: xxx-xxx<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 7, 2017  in the county of  Washington  in the  District of  Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | by force, violence and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the TD Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

RILEY PALMERTREE, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/08/2017

*Judge's signature*

City and state:  Washington, DC    G. MICHAEL HARVEY, U.S. Magistrate Judge

*Printed name and title*